FILED

OCT 1 3 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD DEHEN,

        Plaintiff,

                                    CV 10-211-PK

                                    OPINION AND ORDER

CREDIT TEAM USA, INC., an Oregon
Corporation, RONALD BENNETT, and
AMERICAN CONTRACTORS INDEMNITY
COMPANY,

        Defendants.

PAPAK, Judge:

        Plaintiff Richard Dehen pursues claims against defendants Credit Team USA, Inc.

("Credit Team"), Ronald Bennett, and American Contractors Indemnity Company ("American

Contractors") for violations of the Credit Repair Organizations Act, 15 U.S.C. § 1679, for

violations of the Or. Rev. Stat. §§ 646.605, 124.100, 646A.250, and for common law

Page 1 - OPINION AND ORDER

misrepresentation arising out Credit Team's agreements with Dehen to help him reduce his

mortgage payments and improve his credit.  Dehen alleges that Bennett is both an employee and

owner of Credit Team, while American Contractors is Credit Team's insurer.  Now before the

court is a motion (#33) by Bryan Murphy to withdraw as attorney for defendants Credit Team,

Bennett, and American Contractors.  I grant the motion for the reasons discussed below.


## DISCUSSION

Attorney Murphy seeks to withdraw under Local Rule 83-11, providing that "[a]n

attorney may withdraw as counsel of record only with leave of Court . . . ." L.R. 83-11(a).

Bennett does not oppose attorney Murphy's motion to withdraw, so long as Murphy refunds

Bennett the majority of the retainer Bennett paid Murphy for this representation.  While

opposition to an attorney's motion to withdraw is not the proper vehicle for disputing attorney

fees, Bennett may initiate a separate legal action against Murphy seeking refund of his retainer if

he desires.  Thus, I grant Murphy's motion to withdraw without requiring Murphy to return any

portion of Bennett's retainer.

//

//

//

//

//

//

//

Page 2 - OPINION AND ORDER

**CONCLUSION**

For the foregoing reasons, Brian Murphy's motion to withdraw as attorney for defendants

Credit Team USA, Inc., Ronald Bennett, and American Contractors Indemnity Company (#33) is

granted.  Further, Bennett must advise this court within 20 days regarding: (1) whether he will

secure other counsel or proceed pro se, and (2) who will represent defendants Credit Team USA,

Inc., and American Contractors Indemnity Company.


Dated this 12th day of October, 2010.

_____
Honorable Paul Papak
United States Magistrate Judge